JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MUSTAFOKULOV ZAFAR,

    Petitioner,

v.

JAMES JANECKA, Warden,

    Respondent.

Case No. 5:26-cv-01737-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Ground One of the Petition and Requiring Petitioner's Immediate Release from Custody (Dkt. 8), IT IS ADJUDGED that the Petition is granted as to Ground One, and the other Grounds are dismissed without prejudice.

DATED: April 20, 2026

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE